```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KC Alfred,

                              Plaintiff,

          -against-

ESPN, Inc.,

                            Defendant.

1:20-cv-00738 (LAP)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, May 27, 2020 at 2:00 p.m. However, due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

      The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
              April 20, 2020

                                                          _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge