UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KC ALFRED,<br><br>                    Plaintiff,<br><br>-against-<br><br>ESPN, INC.,<br><br>                    Defendant. | 20 Civ. 738 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the parties' reported settlement, the Clerk of the Court shall mark this action closed, subject to re-opening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:   New York, New York
         May 27, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1